IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB -2 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW S. ROCCO,<br><br>Defendant. | Criminal No. 1:17-CR-20<br><br>Count 1: 18 U.S.C. § 2252(a)(4)(B)<br>Possession of Child Pornography<br><br>Forfeiture Notice: 18 U.S.C. § 2253 |

## INDICTMENT

**February 2017 Term – at Alexandria, Virginia**

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

On or about April 16, 2015, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, MATTHEW S. ROCCO, did knowingly possess any visual depiction of a minor engaging in sexually explicit conduct that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer; to wit: MATTHEW S. ROCCO knowingly possessed, on a laptop computer and thumb drive, videos and still images depicting minor children, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct including actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

## **FORFEITURE NOTICE**

THE GRAND JURY HEREBY FINDS THAT:

Defendant MATTHEW S. ROCCO, upon conviction for violating Count 1 of this Indictment, and as part of defendant's sentencing under Fed. R. Crim. P. 32.2, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from the above violations; and any property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including, but not limited to, the following items:

1) HP mini laptop, S/N: CNU9477Z0G
2) Medion CPU, S/N: 41917014120434
3) Medion CPU, S/N: 27989010020859
4) SanDisk 64GB thumbdrive
5) PlayStation 3 console, S/N: CF562319930-CECH-30018

(In accordance with Title 18, United States Code, Section 2253.)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
Grand Jury Foreperson

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Maya D. Song
Assistant United States Attorney

2