# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City: 
- County: Prince William

☐ Under Seal
Superseding Indictment: X
Same Defendant: X
Magistrate Judge Case No.: 
Search Warrant Case No.: 

**Judge Assigned:** Trenga
**Criminal No.** 1:17-CR-20
**New Defendant:** 
**Arraignment Date:** 
**R. 20/R. 40 From:** 

## Defendant Information:
- **Defendant Name:** Matthew S. Rocco
- **Alias(es):** 
- ☐ Juvenile  **FBI No.**
- **Address:** XXXXXXXXXX Woodbridge, VA 22192
- **Employment:** 
- **Birth Date:** XXXX1986  **SSN:** XXXXX-2838  **Sex:** Male  **Race:**  **Nationality:** 
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:** 
- ☐ Interpreter  **Language/Dialect:**   **Auto Description:** 

## Location/Status:
- **Arrest Date:** 
- ☐ Already in Federal Custody as of:   in: 
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☒ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:
- **Name:** Peter D. Greenspun, Esquire (Greenspun Shapiro)
- ☐ Court Appointed
- **Counsel Conflicts:** 
- **Address:** 3955 Chain Bridge Road, Second Floor, Fairfax, VA 220
- ☒ Retained
- **Phone:** (703)352-0100
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** Maya D. Song
- **Phone:** 703-299-3700
- **Bar No.:** 

## Complainant Agency - Address & Phone No. or Person & Title:
SA Jenny Cutalo-Patterson, FBI-WFO NVRA CR18 601 4th Street NW, Washington, DC 20535, Phone((703) 686-6688

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C.§ 2252(a)(4)(B) | Possession of Child Pornography | 1 | Felony |
| Set 2: |  |  |  |  |

**Date:** 04/6/2017  **AUSA Signature:** Maya Song

*may be continued on reverse*