# UNITED STATES DISTRICT COURT
# PLEA MINUTES

Date: **7/18/2017**　　　　　　　　　　　　　　Case No.: **1:17-CR-00020-001**
Time: **2:00 – 2:30**　　　　　　　　　　　　　Interpreter:
　　　　　　　　　　　　　　　　　　　　　　　Language:

***Change of Plea Hearing**

> Defendant w/d his NG plea and PG to Count 1s of the Superseding Indictment. Court accepts plea.
> Govt. is seeking detention. Def. argues for continued release. The govt. argues that the circumstances the def. is putting forward are not exceptional. The Court finds that there are no exceptional circumstances that justify continued release of the deft.
> Sentencing scheduled for **October 13, 2017 @ 9:00 a.m.**

**HONORABLE ANTHONY J. TRENGA**, United States District Judge, Presiding

　　　Janice Allen　　　　　　　　　　Rhonda Montgomery
　　Courtroom Deputy　　　　　　　　　Court Reporter

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Deft's Appeared: **X** in person　　　___ FTA
v.　　　　　　　　　　　　　　　　　　　　　　　　**X** with Counsel　　___ without Counsel
　　　　　　　　　　　　　　　　　　　　　　　　___ through Counsel

## MATTHEW S. ROCCO

Muhammad-Mu'ath Elsayed　　　　　Maya Song/Alexander Berrang
Counsel for Defendant　　　　　　　Counsel for Government

**Matter called for**:
[ ] Pre Indictment Plea　　　[**X**] Change of Plea　　　[ ] Plea Agreement

**Filed in open court under seal**:
[ ] Information　　[**X**] Plea Agreement　　[**X**] Statement of Facts　　[ ] Waiver of Indictment
[ ] Consent Order of Forfeiture

**Arraignment & Plea**:
[ ] WFA　　　[**X**] FA　　　[**X**] PG

[**X**] Deft entered a Plea of Guilty to Count 1s of the [**X**] Superseding Indictment　[ ] Information
[**X**] Plea accepted.
[ ] Government's Motion to dismiss
[ ] Order entered.
[**X**] Deft Directed to USPO　　[**X**] Yes　　[ ] No
[**X**] Case continued to **10/13/2017** at **9:00 a.m.,** for:
[ ] Jury Trial　[ ] Bench Trial　[ ] Pre-Guidelines Sentencing　[**X**] Guidelines Sentencing

[**X**] Deft Remanded　　[ ] Deft Released on Bond　　[ ] Deft Continued on bond

- **Cancel previously scheduled Bench Trial of: 7/24/2017**