**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO.   1:17-CR-20 |
| | : | HON. ANTHONY J. TRENGA |
| **MATTHEW S. ROCCO** | : | |
| | : | |
| **Defendant.** | : | |

## <u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

The Defendant, Matthew S. Rocco, respectfully submits this motion to continue his sentencing hearing, currently scheduled for October 13, 2017, to November 3, 2017, or to October 23, 2017 if the Court is inclined to set the matter on a day other than Friday, and states the following in support thereof:

1.  This matter is currently scheduled for a sentencing hearing on October 13, 2017.

2.  Counsel for Mr. Rocco was in a murder trial that began on October 25, 2017 and unexpectedly ended beyond the anticipated end date. The jury returned its verdict on October 4, 2017.

3.  During that time, counsel received multiple requests by attorneys for victims in this case seeking to reach a resolution on restitution. More time is necessary to enable counsel to review the hundreds of pages submitted on behalf of the victims and to attempt to negotiate reasonable resolutions of the numerous restitution claims.

4.  In addition, through no fault of the Government, the Probation Office, or defense counsel, the Presentence Report was only finalized on October 5, 2017, one day before the deadline to submit sentencing position papers for the October 13 sentencing hearing. Given the

number of issues raised in the report and the need to fully address those issues, additional time is needed for counsel to prepare his sentencing memorandum.

5. Counsel respectfully seeks a short continuance to be able to effectively address the issues raised in the PSR and resolve the restitution issues. Mr. Rocco is in custody at the Alexandria Adult Detention Center pending sentencing.

6. Defense counsel is unfortunately unavailable on October 20, 2017 due to a scheduled trial in Westmoreland County, Virginia, and on October 27, 2017 due to a scheduled speaking engagement before the National Association of Criminal Defense Lawyers in Boston, Massachusetts. Counsel and the Government are available on November 3, 2017. In the alternative, in the event the Court is willing to set the matter on a day other than Friday, counsel is also available on October 23, 2017.

7. Counsel has conferred with the Government, which has no objection to this request.

Accordingly, the Defendant, by counsel, and without objection by the Government, respectfully requests that the Court continue the sentencing hearing to November 3, 2017 or October 23, 2017.

Respectfully Submitted,
Matthew S. Rocco,
By Counsel

GREENSPUN SHAPIRO PC

BY: _____/s/_____
   Peter D. Greenspun, VSB # 18052
   Muhammad Elsayed, VSB # 86151
   3955 Chain Bridge Road
   Second Floor
   Fairfax, Virginia 22030
   (703) 352-0100
   (703) 591-7268
   pdg@greenspunlaw.com
   me@greenspunlaw.com
   *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

Maya Song, Esquire
Alexander P. Berrang
Assistant U.S. Attorneys
United States Attorney's Office,
Alexandria Division
4110 Chain Bridge Road
Alexandria, Virginia 22314


_____/s/_____
Muhammad Elsayed